SCPW-19-0000480

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

CHARLES ALAPATI LEOMITI IOANE and OKESI ATUATASI IOANE aka OKESI A. IOANE, Individually and as Trustee of the Okesi A. Ioane Revocable Trust Dated February 11, 2011, Petitioners,

vs.

THE HONORABLE JEANNETTE H. CASTAGNETTI, Judge of the Circuit Court of the First Circuit, State of Hawaiʻi, Respondent Judge,

and

MTGLQ INVESTORS, L.P.; CHILD SUPPORT ENFORCEMENT AGENCY; HALE AUPUNI COMMUNITY ASSOCIATION, Respondents.

ORIGINAL PROCEEDING
(CIV. NO. 16-1-1754-09)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners' petition for writ of mandamus, filed on July 2, 2019, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioners fail to demonstrate that they have a clear and indisputable right to the requested relief and that they lack alternative means to seek relief. Petitioners, therefore, are not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue

unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; such a writ is not intended to supersede the legal discretionary authority of the lower court, nor is it intended to serve as a legal remedy in lieu of normal appellate procedures).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, July 12, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson